Matter of Tricia A.C. v Saul H. (2024 NY Slip Op 03243)

Matter of Tricia A.C. v Saul H.

2024 NY Slip Op 03243

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND GREENWOOD, JJ.

105 CAF 22-01924

[*1]IN THE MATTER OF TRICIA A.C., PETITIONER-APPELLANT,
v
SAUL H. AND JULIE H., RESPONDENTS-RESPONDENTS. (APPEAL NO. 2.) 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR PETITIONER-APPELLANT.
D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR RESPONDENTS-RESPONDENTS.
MARYBETH D. BARNET, MIDDLESEX, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Ontario County (Frederick G. Reed, A.J.), entered November 18, 2022. The order dismissed the petition with prejudice. 
It is hereby ORDERED that the order so appealed from is affirmed without costs.
Same memorandum as in Matter of Tricia A.C. v Saul H. ([appeal No. 1] — AD3d — [June 14, 2024] [4th Dept 2024]).
All concur except Ogden, J., who dissents and votes to modify in accordance with the same dissenting memorandum as in Matter of Tricia A.C. v Saul H. ([appeal No. 1] — AD3d — [June 14, 2024] [4th Dept 2024]).
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court